RUHNKE & BARRETT

ATTORNEYS AT LAW

DAVID A. RUHNKE                                  47 PARK STREET
  MEMBER N.J. AND NEW YORK BARS                  MONTCLAIR, NEW JERSEY 07042
davidruhnke@ruhnkeandbarrett.com
JEAN DESALES BARRETT                             (973)744-1000
  MEMBER N.J. AND COLORADO BARS                  (973)746-1490 (FAX)
  jeanbarrett@ruhnkeandbarrett.com

September 26, 2005

<u>Via ECF</u>
Hon. Edward R. Korman, Chief Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *United States v. Kenneth McGriff, et al.,*
      Cr. No. 04-966 (S1)(ERK)

Dear Chief Judge Korman:

  The Court has extended the time for the filing of pre-trial motions on behalf of Mr. McGriff to October 17, 2005. We write at this time, respectfully, to note that we join the pre-trial motions filed on behalf of the Musical Defendants to the extent that the motions and supporting legal arguments apply to Mr. McGriff. Those motions are scheduled to be argued before Your Honor on September 29 at 2:00 p.m.

            Respectfully submitted,

            Jean D. Barrett
            David A. Ruhnke
            Co-counsel to Mr. McGriff

         By: /s/ David A. Ruhnke
            David A. Ruhnke

C:\Case Files\McGriff\Judge Korman 9-26-05.wpd
cc: Sean Haran, A.U.S.A.
   Carolyn Pokorny, A.U.S.A.
   All defense counsel (via fax or regular mail to non-ECF counsel)
   Kenneth McGriff